# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

**TIMOTHY E. MARCHAL**

## CRIMINAL COMPLAINT

CASE NUMBER: 1:16-mj-00314

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 7, 2016, in Cass County, in the Southern District of Indiana defendants did,

Distribution and Receipt of Child Pornography

in violation of Title 18, United States Code, Sections 2252(a)(2). I further state that I am a Task Force Officer, and that this complaint is based on the following facts:

See attached AFFIDAVIT

Continued on the attached sheet and made a part hereof.

_____
Darin Odier, FBI – Task Force Officer

Sworn to before me, and subscribed in my presence

May 5, 2016
**Date**

at    Indianapolis, Indiana _____

_____
Debra McVicker Lynch, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_____
**Signature of Judicial Officer**

I, Darin Odier, hereby depose and state as follows:

1.    **Affiant**: I am a Detective in the Cybercrime Unit of the Indianapolis Metropolitan Police Department. I am also a cross designated Task Force officer assigned to the FBI the Indianapolis Violent Crimes Against Children Task Force.

2.    **Experience**: I have over 25 years of law enforcement experience. I have investigated State and Federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have written numerous search warrants involving internet crimes against children cases and participated in their execution.

3.    **Training**: I have attended the National Crimes Against Children Conference multiple times and attended numerous classes related to investigating the online sexual exploitation of children. I am also a member of the Indiana Internet Crimes Against Children Task Force, which includes numerous federal, state and local law enforcement agencies. I am currently assigned to operate in an undercover capacity on the Internet to identify and investigate persons attempting to exploit or solicit sexual acts with children or trafficking in child pornography. As a Task Force Officer, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

4.    **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well as information learned from other law enforcement officers and witnesses.

1

Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, the Affiant has not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Timothy Marchal ("MARCHAL") has violated the following statute:

    a. Count 1: 18.U.S.C. § 2252(a)(2)(Distribution and Receipt of Child Pornography).

5. **Requested action**: I make this affidavit in support of an application for an arrest warrant and criminal complaint charging MARCHAL with these offenses.

6. **Relevant Crimes**: I have set forth the facts that I believe necessary to establish probable cause to believe that MARCHAL has violated 18 U.S.C. § 2252(a)(2) by distributing and receiving child pornography through the internet.

7. **Distribution and Receipt**: This investigation concerns alleged violations of 18 U.S.C. § 2252(a)(2), which generally prohibits a person from knowingly distributing and receiving any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce.

8. **Definitions**: The following definitions apply to this Affidavit:

9. The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any

2

person under the age of eighteen years.

10.     The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

11.     The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

12.     The term "computer," as defined in 18 U.S.C. § 1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

13.     **Specific Probable Cause:**

a.      On March 5, 2016, at 21:24:30 hours ET, this Affiant was using the ARES file sharing program to conduct undercover investigations into the internet sharing of child pornography. At this time, a computer sharing child pornography was located on the Ares files sharing network. This Affiant determined that the user of this computer system had left ARES configured to share files from the shared folder.

3

The file shared is displayed to the Affiant in the program, along with the IP address sharing the file.

      b.      One file in particular which the user was sharing had a SHA-1 value of ...VYZF2B (partially redacted). The name of this file was "100000(2).jpg". This Affiant downloaded this file from a single sharing client that had an IP address which was recorded along with the time.

      c.      I viewed the downloaded file and can describe it as an image of a nude prepubescent girl. She is looking at the camera from between her legs and her backside facing the camera. Her vaginal and anal areas are exposed. The IP address assigned to the computer sharing the above-mentioned file(s) was IP 69.245.227.48, hereinafter referred to as the "TARGET IP ADDRESS."

      d.      On March 7, 2016, at 10:40:38 hours ET, this Affiant was again using the ARES file sharing program to conduct undercover investigations into the internet sharing of child pornography. At this time, a computer sharing child pornography was located on the Ares files sharing network. This Affiant determined that the user of this computer system had left ARES configured to share files from the shared folder. The file shared is displayed to the Affiant in the program, along with the IP address sharing the file. The I.P. address was the same as the TARGET IP ADDRESS described above.

      e.      One file in particular which the user was sharing had a SHA-1 value of ...DRJ5KP (partially redacted). The name of this file was

4

"casera13-1". This Affiant downloaded this file from a single sharing client that had an IP address which was recorded along with the time.

f.     I viewed the downloaded file and can describe it as an image of a prepubescent girl on a bed wearing only a shirt. Her feet are together and her knees are pulled up. Her hands are spreading her exposed vaginal area. The IP address assigned to the computer sharing the above-mentioned file(s) was IP 69.245.227.48, the TARGET IP ADDRESS.

g.     A check of publicly available records located online by an organization known as the American Registry of Internet Numbers (ARIN), determined that the TARGET IP ADDRESS was assigned to an internet service provider (ISP). A subpoena was issued for the TARGET IP ADDRESS at the times the suspected child pornography was downloaded. The subpoena was served on the ISP. The ISP results for the subscriber assigned this TARGET IP ADDRESS at the times the files were downloaded showed the subscriber name and service address as follows:

Name:          Timothy MARCHAL

Service Address:  1525 Treen St Logansport, Indiana 46947

Account Status:   Active.

h.     The address 1525 Treen St., Logansport, IN 46947 is hereinafter referred to as the TARGET ADDRESS. Between November 15, 2015 and March 7, 2016, this Affiant, while located in the Southern District of Indiana, downloaded over 50 other videos and images of child

5

pornography from the TARGET IP ADDRESS. Many of these images and videos contain children that I recognize from previous investigations and are known to me to be identified victims of child exploitation. These videos and images that this Affiant received from the TARGET IP ADDRESS include the following :

    i.   !! new pthc sdpa private pics 13 yo daughter bianca homemade 11(2)(3)(2).jpg which is described as an image of a nude, identified minor female with a foreign object inserted into her vagina

    ii.   !pthc_babyj-lover (1)(2).jpg which is described as an identified toddler victim with an adult penis penetrating the anal area of the child.

    i.   Since March 7, 2016 this Affiant has seen the TARGET IP ADDRESS on the Ares network on multiple occasions sharing files with names consistent with what I know to be associated with files of child pornography.

    j.   Over the course of several days, and while the Affiant was present in Indianapolis, the Affiant downloaded child pornography files from the computer of a resident in Logansport, Indiana.

    k.   **IP Address**: I traced the IP Address of these downloads to the TARGET ADDRESS and obtained a state search warrant for child pornography offenses.

l.     **Search Warrant**:  On May 5, 2016, the search warrant was served at TARGET ADDRESS.  I also interviewed Timothy MARCHAL (MARCHAL).

m.     I read MARCHAL his Miranda rights, which he acknowledged understanding. In a recorded statement MARCHAL admitted using his HP laptop computer, which he indicated was by the couch in the back room, to search for and download images and videos of child pornography.

n.     MARCHAL admitted to using a Peer to Peer Program to obtain child pornography and adult pornography.

o.     MARCHAL stated he has used multiple programs including Ares, Vuze and frostwire (all Peer-to-Peer programs) to search for, download, and possess child pornography. MARCHAL stated he has a folder on the desktop of his laptop computer entitled "new folder 2" and the subfolders of that folder contain child pornography.

p.     When describing the folder structure of a laptop computer found in the residence, MARCHAL correctly identified the location and contents of folders containing child pornography.

q.     A preliminary forensic exam of the computer found the above-described folder with over 1000 images of child pornography. The search terms used by MARCHAL on Ares include pthc (which this Affiant knows to mean "pre-teen hardcore"), 10yo ("which this Affiant knows to mean "10 years old"), anal, and bibcam.

7

r.     MARCHAL said that he was the only person accessing the specific files that contained child pornography on this computer and that any child pornography on his computer was put there by MARCHAL.

s.     This Affiant showed MARCHAL multiple images that I downloaded from MARCHAL's shared Ares files. MARCHAL did not specifically identify most of them, but MARCHAL stated that they were similar to what MARCHAL has downloaded. MARCHAL did admit to possessing an image of a known victim that corresponded to one of the files I downloaded from MARCHAL.

t.     MARCHAL stated that he had been searching and downloading child pornography, "probably since the internet started."

u.     MARCHAL used the internet to download the files of child pornography and to distribute these files through file-sharing networks. The internet is a means and facility of interstate and foreign commerce.

14. **Conclusion**: Based upon the contents of this Affidavit, I respectfully request that the Court issue an arrest warrant and criminal complaint for the offenses listed above.

_____
Darin Odier
Task Force Officer


Subscribed and sworn before me this 5th day of May 2016.

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana